UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 1:20-cv-02283-RDB |
| v. | ) |
| JOHN DOE subscriber assigned IP address 71.245.164.42, | ) |
|     Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.245.164.42, are voluntarily dismissed with prejudice.

Dated:  October 29, 2020                 Respectfully submitted,

                                                     By: */s/ Elsy Ramos Velasquez*
                                                     Elsy Ramos Velasquez, Esq.
                                                     eramosvelasquez@clarkhill.com
                                                     Clark Hill PLC
                                                     1001 Pennsylvania Ave NW
                                                     Suite 1300 South
                                                     Washington, DC 20004
                                                     Tel.: 202-552-2357
                                                     Fax: 202-552-2381
                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>*/s/ Elsy Ramos Velasquez*</u>
Elsy Ramos Velasquez, Esq.
